**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT

7
                         FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9   PAUL FAAOLA, individually and behalf of all
    others similarly situated,
10                                                        No. C 09-02944 JSW

              Plaintiffs,
11

       v.
12                                                        **ORDER SETTING BRIEFING**
    CHAMPION EXPOSITION SERVICES OF              **SCHEDULE**
13  NORTHERN CALIFORNIA, INC., et al.,

14            Defendants.
                                            /
15

16          This matter is set for a hearing on August 21, 2009 on Defendant's motion to strike.

17  The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than

18  July 22, 2009 and a reply brief shall be filed by no later than April 29, 2009.

19          If the Court determines that the matter is suitable for resolution without oral argument, it

20  will so advise the parties in advance of the hearing date.  If the parties wish to modify this

21  schedule, they may submit for the Court's consideration a stipulation and proposed order

22  demonstrating good cause for any modification requested.

23          **IT IS SO ORDERED.**

24

25  Dated: July 8, 2009                          _____
                                                 JEFFREY S. WHITE
26                                               UNITED STATES DISTRICT JUDGE

27

28