IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL FAAOLA, individually and behalf of all others similarly situated,

    Plaintiffs,

v.

CHAMPION EXPOSITION SERVICES OF NORTHERN CALIFORNIA, INC., et al.,

    Defendants.

No. C 09-02944 JSW

**ORDER CONTINUING HEARING**

The Court HEREBY ORDERS that the hearing on Defendants' motion to strike is CONTINUED to August 28, 2009. This Order does not alter the briefing schedule previously set by the Court on Defendants' motion to strike.

**IT IS SO ORDERED.**

Dated: July 28, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE