JOHN M. SKONBERG, Bar No. 069409
RICHARD N. HILL, Bar No. 083629
MICHAEL G. PEDHIRNEY, Bar No. 233164
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8490
JSkonberg@littler.com
RHill@littler.com
MPedhirney@littler.com

Attorneys for Defendant
CHAMPION EXPOSITION SERVICES OF
NORTHERN CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL FAAOLA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHAMPION EXPOSITION SERVICES OF NORTHERN CALIFORNIA, INC., a California Corporation, and DOE ONE through and including DOE ONE HUNDRED,<br><br>Defendants. | Case No.: CV 09-02944 JSW<br><br>**STIPULATION AND ORDER REMANDING ACTION TO STATE COURT** |

PLAINTIFF PAUL FAAOLA ("Plaintiff") and DEFENDANT CHAMPION EXPOSITION SERVICES OF NORTHERN CALIFORNIA, INC. ("Defendant") hereby agree and stipulate as follows:

1. In light of the Court's Order Granting Plaintiff's Motion to Remand in *Faaola v. GES Exposition Services, Inc.* (Case No. C 09-02327 WHA) and *Faaola v. Freeman Decorating Services, Inc.* (Case No. C 09-02394 WHA), the parties stipulate that the pending action be remanded to San Francisco Superior Court.

2. By so stipulating, Defendant does not adopt and does not agree to be bound by the

Court's rationale or its interpretation of the relevant collective bargaining agreement or Labor Code Section 201.9

IT IS SO STIPULATED.

Dated: August 14, 2009

JOHN SKONBERG
MICHAEL PEDHIRNEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
CHAMPION EXPOSITION SERVICES OF NORTHERN CALIFORNIA, INC.

Dated: August 13, 2009

ALAN HARRIS
HARRIS AND RUBLE
Attorney for Plaintiff
MANUA MALAUULU

ORDER OF THE COURT

Having reviewed the foregoing stipulation and finding good cause therefor, the Court makes the following rulings:

IT IS HEREBY ORDERED THAT this action is hereby remanded to San Francisco Superior Court. IT IS FURTHER ORDERED that a conformed copy of this Order shall be filed forthwith with the Clerk of the San Francisco Superior Court.

IT IS SO ORDERED.

Dated: August 17, 2009

_____
U.S. DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge William Alsup*

Firmwide:91472517.1 008333.1005

STIPULATION AND ORDER          2.          CASE NO. CV 09 02944 WHA